IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Salieri Group, Inc.,                                    :
                                    Appellant   :
                                                       :
        v.                                             :
                                                       :
Beaver County Auxiliary Appeal                         :
Board, County of Beaver, Big                           :
Beaver Borough, and Beaver                             :
Falls School District                                  :        No. 781 C.D. 2015


# **O R D E R**


NOW, February 18, 2016, upon consideration of appellant's application for reconsideration, the application is denied.


                                        _____
                                        MARY HANNAH LEAVITT,
                                        President Judge